# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cr-00142-JAD-VCF |
| BRIAN KEITH WRIGHT, | **ORDER** |
| Defendant. | |

Before the Court is the Motion to Dismiss Counsel (ECF NO. 19).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Dismiss Counsel (ECF NO. 19) is scheduled for 1:00 PM, July 28, 2017, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 27th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE