FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-cr-00142-JAD-VCF |
| vs. | |
| BRIAN KEITH WRIGHT, | |
| Defendant. | ORDER |

On September 14, 2017, this Court granted the Motion to Withdraw Attorney (doc. 26).

Accordingly, IT IS HEREBY ORDERED that JESS R. MARCHESE, is APPOINTED as counsel for Brian Keith Wright in place of William H. Gamage's Office for all future proceedings.

William H. Gamage's office shall forward the file to Mr. Marchese forthwith.

DATED this 11th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH