JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
**MARCHESE LAW OFFICES**
601 S. Las Vegas Blvd.
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorneys for Defendant WRIGHT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN WRIGHT, ) <br> ) <br> Defendant. ) | Case No. 2:17-cr-142-JAD-VCF <br><br><br> **DEFENDANT'S UNOPPOSED MOTION** |

## UNOPPOSED MOTION TO CONTINUE MOTION DEADLINE

**COMES NOW** the defendant, **BRIAN WRIGHT**, by and through his attorney of record, **JESS R. MARCHESE, ESQ.**, hereby files this UNOPPOSED MOTION.

**DATED** this 27th day of December, 2017.

                                                  /S/ Jess R. Marchese
                                         **JESS R. MARCHESE, ESQ.**
                                         Nevada Bar No. 8175
                                         Attorney for Defendant

**POINTS AND AUTHORITIES**

Defendant Brian Wright is set for trial on February 27, 2018 for one count of Assault on an Officer. The motion deadline is currently set for December 27, 2018. The undersigned has contacted counsel for the Government who does not oppose a continuance of that deadline of two weeks. This motion follows.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the MARCHESE LAW OFFICES, and that on the 27th day of December 2017, I served a copy of the foregoing: **MOTION** via the CM/ECF system upon the following.

**Government Counsel**:

Ms. Cristina D. Silva, Esq.

                                        /s/                          .
                                  *an employee of Marchese Law Offices*

IT IS HEREBY ORDERED that any and all pretrial motions are due by January 10, 2018. Any and all responses are due by January 24, 2018. Any and all replies are due by February 5, 2018.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-28-2017