# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>        Defendant. | 2:17-cr-00142-JAD-VCF<br>**ORDER** |

Before the Court is the Motion to Withdraw as Attorney of Record (ECF No. 44).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Attorney of Record (ECF No. 44) is scheduled for 3:00 PM, February 15, 2018, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

IT IS SO ORDERED.

DATED this 14th day of February, 2018.

                                                                           CAM FERENBACH
                                                                          UNITED STATES MAGISTRATE JUDGE