# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00160-JAD-VCF |
| Plaintiff, | 2:17-cr-00142-KJD-VCF |
| vs. | **ORDER** |
| BRIAN WRIGHT, | |
| Defendant. | |

Before the Court is Wright's Motion for Hearing to Address Representations (ECF No. 136).

The instant motion was only filed in 2:17-cr-00160-JAD-VCF. Mr. Wright has two pending cases in this court with Mr. Marchese as counsel.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, March 30, 2018, in Courtroom 3D, in case numbers 2:17-cr-00160-JAD-VCF and 2:17-cr-00142-KJD-VCF.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 22nd day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE