# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>        Defendant. | 2:17-cr-00142-JAD-VCF<br>**ORDER** |

Before the Court is Plaintiff's Motion for Faretta Hearing to Re-Canvas Defendant Brian Wright (ECF No. 74).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Faretta Hearing to Re-Canvas Defendant Brian Wright (ECF No. 74) is GRANTED.

IT IS FURTHER ORDERED that a Faretta Hearing to Re-Canvas Defendant Brian Wright is scheduled for 2:00 PM, June 29, 2018, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 25th day of June, 2018.

                                                          _____
                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE