# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Brian Wright,

    Defendant

Case No.: 2:17-cr-00142-JAD-VCF

**Order**

[ECF Nos. 126, 127, 128, 135]

After the jury found *pro se* defendant Brian Wright guilty on all three assaulting-a-federal-officer counts, he relinquished his right to self-representation in this case, and I appointed his standby counsel, Telia Williams, Esq., as his attorney. Wright soon developed the opinion that Ms. Williams "aided the government in" his *pro se* trial,[1] so he has moved to fire Ms. Williams.[2] Both Wright and Ms. Williams ask to extend the Rule 29 motion deadline.

I have set Wright's requests to again represent himself [ECF Nos. 125, 129] for hearing on September 10, 2018, and I defer my ruling on those motions until after that hearing.

Good cause appearing, the unopposed motion to extend time for counsel to file Wright's Rule 29 motion **[ECF No. 128] is GRANTED. The deadline for Ms. Williams to file Wright's Rule 29 motion is extended to September 6, 2018**, and Wright's *pro se* request to extend that deadline **[ECF No. 126] is DENIED** as moot in light of that extension.

Because the trial transcripts have already been ordered by the government and a copy has been provided to Ms. Williams for Wright, IT IS FURTHER ORDERED that the Emergency Motion for Trial Transcripts **[ECF No. 127] is also DENIED** as moot.

. . .

---

[1] ECF No. 126.

[2] ECF Nos. 125, 129.

1

Finally, Wright's *pro se* motion "requesting a change of investigator" **[ECF No. 135] is DENIED** because this trial is over and Wright has not demonstrated a basis for the court to appoint an investigator at this stage of the case.

Dated: August 30, 2018

                                                        _____
                                                        U.S. District Judge Jennifer A. Dorsey