# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case Nos.: 2:17-cr-00142-JAD-VCF |
| Plaintiff | |
| v. | **Order Denying Defendant's Motion to Stay and Deeming Objections to PSR Waived** |
| Brian Wright, | [ECF Nos. 167, 168] |
| Defendant | |

Pro se defendant Brian Wright is pending sentencing on his conviction for two counts of assault of a federal officer. He recently moved the Ninth Circuit for a stay of sentencing so that he can petition for a writ of mandamus. Because I cautioned Wright at the last hearing that I would not continue his sentencing again absent an order from the Ninth Circuit, I issued an order earlier today making clear that "Wright's latest Ninth Circuit filing changes nothing" and that this sentencing would proceed as scheduled on March 5, 2019.[1] "And because Wright did not file a sentencing memorandum by the Court's extended deadline," and the deadline for objecting to the presentence investigation report (PSR) has long since passed, I deemed any potential objection as waived.[2]

Shortly after my order was docketed, the court received from Wright mailed objections to the PSR and a motion to stay his sentencing pending the Ninth Circuit's ruling.[3] In his motion, Wright cites to Federal Rule of Appellate Procedure 8(a)(1), which requires a party seeking a stay from a circuit court pending an appeal to that court to first move the district court for a stay

---
[1] ECF No. 166 at 2.
[2] *Id*.
[3] ECF Nos. 167–68.

of the judgment or order being appealed. Wright's only stated justification for staying his sentencing is his bald assertion that the Ninth Circuit will overturn his conviction,[4] but he has cited no authority establishing that a district court may stay a sentencing based on the likelihood of a successful appeal. Because I perceive no legal basis for granting a stay, **I deny Wright's motion and again clarify that his sentencing will proceed as scheduled.** And although Wright eventually filed his objections to the PSR, they are long overdue **and are still deemed waived.**[5] Accordingly,

IT IS HEREBY ORDERED that Wright's motion to stay **[ECF No. 168] is DENIED**. His sentencing in this case will **proceed on Tuesday, March 5, 2019, at 2 p.m**. His objections to the PSR **[ECF No. 167] are deemed WAIVED.**

Dated: March 1, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] ECF No. 168 at 2.

[5] *See* Fed. R. Crim. P. 32(f) (objections due 14 days after receipt of PSR). Wright received the revised PSR on January 7, 2019, making his objections due January 21, 2019.

2