1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEVADA

3   UNITED STATES OF AMERICA,    )
                                 ) Case No. 2:17-cr-00142-JAD-VCF
4              Plaintiff,        )
                                 )      ORDER TEMPORARILY
5   vs.                          )    UNSEALING PROCEEDINGS
                                 )
6   BRIAN WRIGHT,                )
                                 )
7              Defendant.        )
    _____ )

8

9        On October 7, 2019, this Court received a request from

10  Felicia Zabin, Court Reporter, for transcripts of the sealed

11  portions of hearings at Docket Nos. 70 and 141, dated May 8,

12  2018, and September 10, 2018, respectively.

13

14       **IT IS THE ORDER OF THE COURT** that the reporter notes of

15  said hearings shall be unsealed for the limited purpose of

16  providing the transcripts as requested by Michael Tanaka, Esq.

17  The original reporter notes shall thereafter be resealed,

18  together with the certified copies of the transcripts

19  delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until

20  further order of this Court.

21

22       **IT IS FURTHER ORDERED** that Felicia Zabin, Court Reporter,

23  shall not disclose the contents of the transcripts of the

24  sealed proceedings to anyone other than the parties or

25  representatives of the parties directly concerned with this

1  case.

2      **DATED** this ___8th___ day of ___October___, 2019

3

4

5      _____

6          JENNIFER A. DORSEY
           UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25