# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:17-cr-00142-JAD-VCF |
| Plaintiff | |
| v. | **Order Denying Motion to Dismiss Counsel** |
| Brian Wright, | [ECF No. 190] |
| Defendant | |

Brian Wright was found guilty of assault on a federal officer after a two-day jury trial.[1] Judgment was entered on March 6, 2019, and Wright's appeal is pending. Last month, at the direction of the Ninth Circuit, the court appointed G. Michael Tanaka, Esq., as Wright's appellate counsel.[2]

With a motion filed in both this action and a separate action pending before another judge of this court (2:14-cr-357-APG-VCF), Wright moves the court to discharge "counsel Angela Dows."[3] Because Ms. Dows is not Wright's attorney in this case, IT IS HEREBY ORDERED that Wright's **motion to dismiss counsel [ECF No. 190] is DENIED.**

Dated: October 18, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 118 (minutes), and 123 (verdict).
[2] ECF Nos. 185, 186.
[3] ECF No. 190.