IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:17-cr-00142-JAD-VCF |
| Plaintiff, | ) |
| | ) ORDER TEMPORARILY |
| vs. | ) UNSEALING AUDIO RECORDINGS |
| | ) |
| BRIAN KEITH WRIGHT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Alyssa Bell, Esq., filed a Designation of Transcripts (Doc. 202). Of the transcripts requested, the following docket numbers are proceedings that are either sealed or contain a sealed portion: Docket Nos. 21, 27, 46, and 63. The transcripts are to be prepared by AMBER McCLANE, Certified Court Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recordings shall be unsealed for the limited purpose of preparing the transcripts by AMBER McCLANE and providing copies of the transcripts to Alyssa Bell, Esq., as requested.

**IT IS FURTHER ORDERED** that the audio recordings shall thereafter be resealed and certified copies of the transcripts be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 21st day of January, 2020

JENNIFER A. DORSEY
United States District Court Judge