# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

                Plaintiff,

v.

Brian Keith Wright,

                Defendant.

JUDGMENT

Case Number: 2:22-cv-00376-JAD

(Related case: 2:17-cr-00142-JAD-VCF)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.

4/8/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk