# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

     Plaintiff

v.

Brian Keith Wright,

     Defendant

Case No.: 2:17-cr-00142-JAD-VCF

**Order Denying Motion**

[ECF No. 233]

     Brian Wright was found guilty of assault on a federal officer in 2019,[1] and the Ninth Circuit affirmed his conviction.[2]  Wright sought habeas relief under 28 U.S.C. § 2255 in February 2022.[3]  Because his motion contained no legal argument for modification or vacatur of his sentence and the record conclusively established that he is not entitled to the relief he seeks, I denied his motion without directing a response from the government.[4]  Six months later, Wright filed a "motion requesting this court to grant 2255 due to the government's consent" in the assault case, arguing that "the government conceded to the facts within [his] 2255 due to its 8 months of complete silence."[5]  I denied that motion too, explaining that I did not direct the government to respond because Wright's habeas petition was plainly meritless.[6]

---

[1] ECF No. 172.

[2] ECF No. 221.

[3] ECF No. 223.

[4] ECF No. 228.

[5] ECF No. 230.

[6] ECF No. 232.  Wright has appealed this order to the Ninth Circuit.  ECF No. 234.  On December 14, 2022, the Ninth Circuit issued an order stating that "all subsequent filings [in the appeal] will be stayed pending the district court's determination on the certificate of appealability."  ECF No. 235; *see also United States v. Wright*, Ninth Circuit Court of Appeals

1   On October 21, 2022, Wright filed a "motion requesting district court to adhere to

2   F.R.A.P and notice of denial of access to the court."[7]  In it, he claims that he filed the same

3   § 2255 motion in three of his federal criminal cases but that it did not hit the docket in two of

4   those three cases.[8]  He blames the government, the Clerk of Court, and the prison in which he is

5   incarcerated for his predicament.[9]

6   But Wright's habeas motion was <u>filed only in this case</u> because he included only this case

7   number in the motion's heading:[10]

8   
> IN UNITED STATES DISTRICT COURT
> DISTRICT OF Nevada
>
> [FILED] [SERVED ON]
> [COUNSEL/PARTIES OF RECORD]
> FEB 28 2022
> CLERK US DISTRICT COURT
> DISTRICT OF NEVADA
> BY: _____ DEPUTY
>
> Brian K. Wright
>    Petitioner              Case No. 2:17-CF-00142-JAD-VCF
>       v.                   Motion to Vacate, Set aside
> United States of America   or correct a Sentence.
>       Respondent           Motion under 28 U.S.C. 2255

16   If Wright wishes to challenge his various convictions, he must file a separate habeas petition in

17   each case.  As Wright has been previously warned, "any motions [that] he files need to have the

---

20   Case No. 22-16912.  I find that Wright does not meet the lenient standard to grant a certificate of
21   appealability for his habeas motion or his "motion requesting this court to grant 2255 due to the
     government's consent," so I deny him one.

22   [7] ECF No. 233.

     [8] *Id.* at 2.

23   [9] *Id.* at 2–3.

     [10] ECF No. 223.

2

1  correct case number in the caption so they can be properly filed."[11]  It is Wright's

2  responsibility—not the court's or the government's—to properly label his motions and ensure

3  that they end up in the correct case.  More importantly, Wright's habeas petition was filed in this

4  case and has been denied.  Because Wright's motion fails to seek any relief in this case that this

5  court can grant, I deny it.

### Conclusion

7      **IT IS THEREFORE ORDERED** that Brian Wright's motion "requesting district court

8  to adhere to FRAP" **[ECF No. 233] is DENIED**.

9      **IT IS FURTHER ORDERED** that **a certificate of appealability** for this court's

10  previous orders denying Wright's § 2255 motion [ECF No. 223] and his motion "requesting this

11  court to grant 2255 due to government's consent" [ECF No. 232] **is DENIED**.  **The Clerk of**

12  **Court is directed to SEND a copy of this order to the Clerk of Court for the United States**

13  **Court of Appeals for the Ninth Circuit**.

14

15                                          _____
                                            U.S. District Judge Jennifer A. Dorsey
                                            January 4, 2023

16

17

18

19

20

21

22

23

_____

[11] *See* ECF No. 141 (minutes of proceedings).